WILLIAMS STEAMSHIP COMPANY, INC., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the admission in evidence of the action of the justice at Special Term in refusing to grant the warrant of attachment on a bond of $250 and requiring a bond of $8,000, emphasized by the reference thereto in the charge, was error. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent.

In the Matter of the Application of THIRD AVENUE RAILWAY COMPANY, Appellant, v. WILLIAM E. WALSH, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

MARY VINCI, an Infant, by ANTHONY VINCI, Her Guardian ad Litem, Respondent, v. LOUIS BREMER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.; Merrell, J., dissents.

EDITH HOROWITZ, Appellant, v. MURRAY HOROWITZ, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

MAURICE LIPSCHUTZ, Respondent, v. ESTHER LIPSCHUTZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

COLLEGE HOLDING CO., INC., Appellant, v. SIMON SULTAN and Others, Defendants, Impleaded with IRVING H. WOLFE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

VINCENT CAFIERO, Respondent, v. ANTHONY RUGGIERO, as Executor, etc., of GASPERO CAFIERO, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEWIS E. WILLIAMS, Respondent, v. NEW YORK HAMILTON CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WOLF KARSH, Respondent, v. WILLIAM TAUBKIN, Appellant, Impleaded with Another.— Judgment reversed as against the defendant, appellant, and new trial ordered as to said defendant, with costs to appellant to abide the event, upon the ground that the verdict against the defendant, appellant, was against the weight of the credible evidence, and upon the further ground of error in the charge, the court having charged in effect that the vehicles of both defendants had the right of way. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

IRVING S. HIGGINS, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DANIEL J. MONTAGUE, as Administrator, etc., of MARY MONTAGUE, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.